**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Kara S. Addy and Michael A. Addy, Respondents,

v.

Richard B. Mock, Jr., Appellant.

Appellate Case No. 2017-002352

———————

Appeal From Richland County
Michelle M. Hurley, Family Court Judge

———————

Unpublished Opinion No. 2018-UP-366
Submitted August 27, 2018 – Filed September 6, 2018

———————

**AFFIRMED**

———————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Carrie Ann Warner, of Carrie A. Warner, Attorney at
Law, LLC, of Columbia, for Respondents.

April Lawhon Gremillion, of Columbia, for the Guardian
ad Litem.

———————

**PER CURIAM:** Richard B. Mock, Jr., appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Mock's counsel.

**AFFIRMED.**[1]

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.